# Third District Court of Appeal

## State of Florida

Opinion filed December 7, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1423
Lower Tribunal No. 18-27344
_____


**Fahad Alobaid,**
Appellant,

vs.

**Saba Khan,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Angelica D. Zayas, Judge.

Crabtree & Auslander, and John G. Crabtree, Charles M. Auslander, and Brian C. Tackenberg, for appellant.

Philip D. Parrish, P.A., and Philip D. Parrish; Lawrence S. Katz, P.A., and Lawrence S. Katz, for appellee.


Before EMAS, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.

MILLER, J., specially concurring.

I concur in the majority decision affirming the decision below and write separately only to commend the trial court on its thorough, thoughtful, and well-reasoned order properly disposing of this multifaceted issue.